CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION<br><br>vs  Plaintiff<br><br>DENISE CARTER, in her official capacity as Acting Secretary of Education and U.S. DEPARTMENT OF EDUCATION<br>Defendant | Civil Action No. 25-354 |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __University of California Student Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __University of California Student Assocation__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Adam R. Pulver
Signature

Adam R. Pulver
Print Name

1600 20th St NW
Address

Washington    DC    20009
City    State    Zip Code

(202) 588-1000
Phone Number

1020475
BAR IDENTIFICATION NO.