AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Univ. of Cal. Student Ass'n | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-354 |
| Denise Carter & U.S. Dep't of Educ. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff University of California Student Ass'n.

Date: 02/07/2025

/s/ Nandan M. Joshi
*Attorney's signature*

Nandan M. Joshi (D.C. Bar. 456750)
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
*Address*

njoshi@citizen.org
*E-mail address*

(202) 588-7733
*Telephone number*

*FAX number*