AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Univ. of Cal. Student Ass'n | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-354 |
| Denise Carter & U.S. Dep't of Educ. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff University of California Student Ass'n                                                                 .

Date:   02/07/2025                                                  /s/ Daniel A. Zibel
                                                                                       *Attorney's signature*

                                                                          Daniel A. Zibel (D.C. Bar 491377)
                                                                                *Printed name and bar number*
                                                                          National Student Legal Defense Network
                                                                          1701 Rhode Island Ave. NW
                                                                          Washington, DC 20036

                                                                                              *Address*

                                                                          dan@defendstudents.org
                                                                                           *E-mail address*

                                                                          (202) 734-7495
                                                                                       *Telephone number*

                                                                                          *FAX number*