AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Univ. of Cal. Student Ass'n | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-354 |
| Denise Carter & U.S. Dep't of Educ. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff University of California Student Ass'n.

Date: 02/07/2025

/s/ Alexander S. Elson
*Attorney's signature*

Alexander S. Elson (D.C. Bar 1602459)
*Printed name and bar number*

National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, DC 20036
*Address*

alex@defendstudents.org
*E-mail address*

(202) 734-7495
*Telephone number*

*FAX number*

Print    Save As...    Reset