**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| University of California Student Association, | |
| Plaintiff, | |
| v. | Civil Action No. 25-354 |
| Denise Carter, in her official capacity as Acting Secretary of Education, et al., | |
| Defendants. | |

**DECLARATION OF ANTONIO CACERES**

I, Antonio Caceres, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2. I am currently enrolled as a student at the University of California at Berkeley. I am a history major and was elected to serve as the Student Advocate for the Associated Students of the University of California. I am also a member of the University of California Student Association (UCSA).

3. To help finance my education, I have received student loans—including Direct Subsidized and Direct Unsubsidized Loans—from the U.S. Department of Education (ED). To receive that aid, I was required to fill out the FAFSA. I was also required to sign a Master Promissory Note to receive Direct Loans from the ED. In addition, to help finance my education my father took out parent PLUS loans on my

behalf.

4. When I filled out the FAFSA, I responded to questions requiring me to provide sensitive information regarding me and my family. To the best of my recollection, I was required to provide ED with my name, Social Security number, birth date, home address, email address, telephone number, and driver's license number, among other things. My father also had to provide this information to ED to obtain parent PLUS loans. To the best of my recollection, to provide this information he used the IRS Data Retrieval Tool, which allowed him to transfer income information from his tax returns directly to the FAFSA.

5. It is my understanding from media reports that ED has given access to the personal data and information that I (and that my father) provided and information regarding my financial aid award (including loan amounts) to individuals associated with the so-called "Department of Government Efficiency" (DOGE). It is my understanding that the DOGE's handling of my data, my father's data, and that of UCSA members, has increased the risks that it will be disclosed further.

6. Providing DOGE access to personal information violates my privacy. I am aware that federal privacy laws govern ED's ability to share data with third parties. I have not consented to having my personal or financial data shared with staff and/or members of DOGE. I have not consented to having my personal and financial data used for any purpose other than the purposes previously disclosed by ED in its System of Records Notices.

7. ED's sharing of my information with DOGE exposes me and my family to an increased risk of identity theft, fraudulent financial activities, further unconsented disclosures to additional third parties, and other misuse of sensitive personal and financial data. This has caused me significant emotional distress, which will continue so long as DOGE has access to my information.

8. The privacy violations and security risks make me question whether I should turn over data to ED in the future. This may hinder my ability to pay for the remainder of my undergraduate education and potentially any graduate education.

9. These injuries are ongoing and will persist unless and until staff and/or members of DOGE and other third parties no longer have access to my sensitive personal and financial data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2025.

_____

Antonio Caceres