# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| University of California Student Association,<br><br>    Plaintiff,<br><br>    v.<br><br>Denise Carter, in her official capacity as Acting Secretary of Education, et al.,<br><br>    Defendants. | Civil Action No. 25-354 (RDM) |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's motion for a temporary restraining order and accompanying brief and supporting declarations, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Acting Secretary Denise Carter and the Department of Education (Defendants) are **ENJOINED** from disclosing information about individuals to individuals affiliated with the so-called Department of Government Efficiency (DOGE).

It is further **ORDERED** that Defendants are **ENJOINED** to retrieve and safeguard any such information that has already been obtained by and shared or transferred by DOGE or individuals associated with it.

**SO ORDERED**.

Dated: February ____, 2025                              _____