AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| University of California Student Ass'n )  |   |   |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-00354-RDM |
| Carter et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 02/10/2025

/s/ Simon Gregory Jerome
*Attorney's signature*

Simon G. Jerome, D.C. Bar No. 1779245
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, D.C. 20005
*Address*

simon.g.jerome@usdoj.gov
*E-mail address*

(202) 514-2705
*Telephone number*

(202) 616-8460
*FAX number*