AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| University of California Student Ass'n ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-00354-RDM |
| Carter et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                           .

Date:   02/10/2025                                              /Elizabeth J. Shapiro
                                                                     *Attorney's signature*

                                                    Elizabeth J. Shapiro, D.C. Bar No. 418925
                                                              *Printed name and bar number*

                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                                      PO Box 883
                                                              Washington, DC 20044
                                                                         *Address*

                                                          elizabeth.shapiro@usdoj.gov
                                                                    *E-mail address*

                                                                   (202) 514-5302
                                                                  *Telephone number*

                                                                   (202) 616-8460
                                                                      *FAX number*