## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION, <br><br> *Plaintiff*, <br><br> v. <br><br> DENISE CARTER, in her official capacity as Acting Secretary of Education, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00354-RDM |

### JOINT STIPULATION AS TO BRIEFING SCHEDULE

At the February 11, 2025 Status Conference in the above-captioned matter, the Court indicated that it would consider a joint stipulation from the parties agreeing to an extended briefing and hearing schedule on Plaintiff's motion for a temporary restraining order, ECF No. 9. The parties have further conferred, and respectfully request that the Court modify the briefing and hearing schedule and order as follows:

- Defendants shall file their response to Plaintiff's motion no later than February 13, 2025, at 10am;

- Plaintiff shall file any reply in support of its motion no later than February 13, 2025, at 11:59pm; and

- A hearing on Plaintiff's motion will be held on February 14, 2025, or at the Court's convenience.

Until at least February 17, 2025:

- Defendants will not permit (1) any federal employee, consultant or volunteer that has onboarded or will onboard at the Department of Education as either an agency employee or detailee to the agency, and whose responsibilities include implementation of President Trump's Executive Order titled "Establishing and Implementing the President's Department of Government Efficiency, (2) any employees or contractors (including

volunteers and special government employees) of the U.S. DOGE Service, or (3) any other special government employee or government employee detailed to the Department of Education after January 19, 2025, to access any of the following Department of Education systems:

- o National Student Loan Data System
- o Common Origination and Disbursement System
- o Future Act System
- o Financial Management System
- o Partner Connect
- o Person Authentication Service
- o Common Services for Borrowers
- o Data Challenges and Appeals Solutions (DCAS) System
- o Health Education Assistance Loan (HEAL) Program
- o Aid Awareness and Application Processing
- o Enterprise Data Management and Analytics Platform Services (EDMAPS)
- o Postsecondary Education Participants System (PEPS)
- o TRIO Programs Annual Performance Report (APR)

- Defendants will not permit any federal employee or volunteer to redisclose information obtained from any such system to any of the employees or volunteers identified in the first bulleted sentence; and

- Defendants will not permit the use or further disclosure of any information obtained from any such systems by any of the employees or volunteers identified in the first bulleted sentence.

Dated: February 11, 2024

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar #1020475)
Nandan M. Joshi (DC Bar # 456750)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

Daniel A. Zibel (DC Bar No. 491377)
Alexander S. Elson (DC Bar No. 1602459)
Tyler S. Ritchie
    (DC Bar No. 90018119)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495

*Counsel for Plaintiff*


BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

/s/ Simon G. Jerome
SIMON G. JEROME
D.C. Bar. No. 1779245
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Twelfth Floor
Washington, D.C. 20005
Tel: (202) 514-2705
Email: simon.g.jerome@usdoj.gov

*Counsel for Defendants*


SO ORDERED

/s/ Randolph D. Moss
United States District Judge