AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> DENISE CARTER, in her official capacity as Acting Secretary of Education <br><br> U.S. DEPARTMENT OF EDUCATION <br> *Defendant(s)* | Civil Action No. 25-354-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adam R. Pulver; Nandan M. Joshi
Public Citizen Litigation Group
1600 20th St NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 2/7/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-354

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia
was received by me on *(date)* 2/7/25 .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the U.S. Attorney by email on February 7, 2025. The service package was received and accepted with a service date of February 7, 2025, as shown on the attached email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 2/11/25

*Server's signature*

Adam R. Pulver
*Printed name and title*

Public Citizen Litigation Group, 1600 20th St NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

Outlook

**RE: University of California Students Association v. Carter, 25-354**

**From** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Date** Tue 2/11/2025 2:28 PM
**To**  Adam Pulver <apulver@citizen.org>

Your service package has been received and accepted with a service date of February 7, 2025.  Thank you.

**From:** Adam Pulver <apulver@citizen.org>
**Sent:** Friday, February 7, 2025 3:30 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] University of California Students Association v. Carter, 25-354

Please see the attached summons and complaint.
Thank you.


Adam R. Pulver

he/him/his

Attorney

Public Citizen Litigation Group

1600 20th Street NW

Washington, DC 20009

(202) 588-7790

apulver@citizen.org