**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| University of California Student Association,<br><br>    Plaintiff,<br><br>    v.<br><br>Denise Carter, in her official capacity as Acting Secretary of Education, et al.,<br><br>    Defendants. | Civil Action No. 25-354-RDM |

**DECLARATION OF ALISON DE LUCCA**

I, Alison De Lucca, declare the following under penalties of perjury:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2.      I am the Executive Director of the Southern California College Attainment Network (SoCal CAN). Founded in 2005, SoCal CAN is an alliance of more than 120 organizations working together to support the college and career aspirations of over 350,000 students in the region and beyond. Many of the students we serve attend schools in the University of California system. Our mission is to increase the rate at which underrepresented students access and complete post-secondary education. I have 25 years of experience working on social change issues. In my role as Executive Director of SoCal CAN, I am responsible for managing our network of direct service organizations to exchange effective practices, address

existing service gaps, and weigh in on policies and practices that support students' ability to reach their goal of college graduation.

3. In partnership with our member organizations, we work directly with students to help them secure financial aid to attend college, including by providing guidance to students on submitting the Free Application for Federal Student Aid (FAFSA) to the Department of Education (ED) to help determine student eligibility for federal student aid.

4. Over the past week, we have had frequent contact with our member organizations, many of which have relayed to us concerns directly from students following news reports that the so-called "Department of Government Efficiency" (DOGE) gained access to ED systems that house sensitive, personal student information. Our member organizations report that students are very anxious and nervous about the security of data they have submitted to ED and may submit to ED in the future, reporting to college access professionals that they are "worried and exhausted." Students fear their data may now be outside of the secure federal system where they submitted it, making it more susceptible to hacking.

5. One college attainment professional reported conversations with roughly a dozen students within the UC system since DOGE access was reported. These students reported that they are experiencing "a mix of confusion, hyper-awareness-unawareness, anxiety, and frustration overall" and are "overwhelmed with all the dis/mis/information."

6. Many students have questioned whether they should entrust their

data to the federal system in the future. In the two weeks since reports of DOGE's access, approximately 200 students in our network have decided not to complete the FAFSA or have delayed deciding whether to do so because of uncertainty over who has access to their data and for what purposes. These concerns are especially pronounced for our students from mixed-status families.

7. Because SoCal CAN's advocacy focuses on first-generation and low-income students, financial aid is a critical factor in their ability to attend and complete college. For students who are afraid to apply for federal student aid, they are at risk of losing the chance to pursue higher education. This risk is especially pronounced for students of the UC system, which has stated that it lacks the funding to backfill aid money for students who forgo federal student aid through ED.

8. Recently released data confirms that DOGE's access is causing such fear and distress that some students are choosing to forgo federal aid entirely. According to data from California Student Aid Commission, as of February 10, 2025, 13,000 fewer high school seniors from mixed-status families in California have submitted the FAFSA this year compared to the same time last year, representing a 44% decrease. Overall, FAFSA applications from California students are down 14%, more than 123,000 students.

9. I expect student fears about data security to continue to drive them away from the federal student aid system as long as DOGE has access to ED records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025.

_____

Alison De Lucca
Executive Director
Southern California College Attainment Network