UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| University of California Student Association,<br><br>       Plaintiff,<br><br>       v.<br><br>Denise Carter, in her official capacity as Acting Secretary of Education, et al.,<br><br>       Defendants. | Civil Action No. 25-354-RDM |

**DECLARATION OF SHARMON GOODMAN**

I, Sharmon Goodman, declare the following under penalties of perjury:

1.     I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2.     I am the Director of the Scholars Program at One Voice. Started in 1983, One Voice is a 501(c)(3) nonprofit organization offering a variety of programs for low-income families in the Los Angeles area. One Voice is a founding member organization of the Southern California College Attainment Network (SoCal CAN).

3.     Among One Voice's programs is the Scholars Program, which provides advising and counseling to individuals (Scholars) from low-income families in Los Angeles. 95% of Scholars are first generation college students. We begin our counseling and support when students are applying to college and continue it while students are enrolled in college and beyond.

4. 100% of our Scholars are ultimately admitted to four-year colleges. All of our Scholars apply to schools in the University of California (UC) system, and approximately one-third matriculate at a UC school.

5. We offer Scholars support with all steps of the application process, including accessing financial aid. All Scholars who qualify for federal student aid have submitted a Free Application for Federal Student Aid (FAFSA) to the Department of Education (ED) to gain access to federal student aid. Doing so requires Scholars to submit a substantial amount of sensitive, personal and financial information to ED. All Scholars who qualify have received federal student aid in some form, including Pell Grants, Direct Loans, or Federal Work-Study.

6. Many Scholars are from mixed-status families. Those Scholars are especially likely to attend UC schools.

7. Disclosure of sensitive personal information about family members, provided by Scholars to ED through the FAFSA, has discouraged and will continue to discourage Scholars from applying for federal student aid, and thus discourage them from seeking post-secondary education at all. Our counselors have spoken to Scholars in the UC system who are terrified and confused about whether they are making the right decision to apply for aid.

8. Students fear that DOGE's access to information about Scholars and their families exposes them to an increased risk of identity theft, fraudulent financial activities, further unconsented disclosures, and other misuse of sensitive personal and financial data. This has caused Scholars, including those in the UC

system, significant emotional distress, which will continue so long as DOGE has access to their information. It is also likely to cause Scholars economic harm by causing them to forgo federal student aid which they would otherwise receive. Because so many of our students can only attend college with the help of federal financial aid, its absence threatens their ability to receive post-secondary education at all.

9. In one instance, a Scholar currently attending a school in the UC system expressed concern about the safety of her private information and fear that her data could be used against undocumented family members. This fear has discouraged her from re-applying for federal student aid with a new FAFSA, despite her established eligibility.

10. In the last two weeks since DOGE's access to ED data has been made public, One Voice counselors have spoken to dozens of high school students who are deeply concerned about their FAFSA information being used in immigration enforcement. All of those students have applied to UC schools, and several have been accepted. One Scholar told a counselor that she felt that she had to decide between going to college and potentially endangering her family or abandoning higher education—forgoing years of academic achievement, community service, and extracurricular commitments—to keep her family safe. Another Scholar told a counselor that her family does not wish her to attend college because of the risks related to their immigration status.

11. Our Scholars are worried, scared, and upset. One Scholar and current

UC student wrote to a counselor: "I can't stop worrying about my FAFSA becoming the reason my family loses everything they've worked so hard for. It would tear my family apart, and tear me up too. I'm worried about my financial aid. Deadlines are coming up and my family can't afford college without federal grants."

12. Another Scholar and UC student told a counselor, "The more I hear about our information being accessible, the more unsafe I feel for myself, my family, friends and even strangers! It makes me think over and over about what else someone can access. . . . Mentally I have been feeling so drained, I don't want to feel hopeless."

13. A third Scholar and UC student said, "I'm afraid! Will they take away the hard work I've done? The hard work of our families!? What else will they go to next, that keeps me up at night and on extreme high alert through the day."

14. A fourth Scholar and UC student wrote, "It's frustrating and stressful knowing that something so personal could be mishandled, and it's putting unnecessary worry on us."

15. The injuries suffered by One Voice Scholars are ongoing and will persist unless and until staff and/or members of DOGE and other third parties no longer have unauthorized access to their sensitive personal and financial data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025.

5

*[signature]*

Sharmon Goodman

Director, Scholars Program

One Voice

5