UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DENISE CARTER, in her official capacity as Acting Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00354-RDM |

## NOTICE OF SUPPLEMENTAL DECLARATIONS

Further to Defendants' filings regarding Plaintiff's motion for a temporary restraining order, ECF No. 9, and at the Court's invitation during the February 14 hearing on that motion, Defendants respectfully enclose two supplemental declarations in support of their opposition to the motion.

Dated: February 16, 2024

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Simon Gregory Jerome*
SIMON G. JEROME
D.C. Bar. No. 1779245
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Twelfth Floor
Washington, D.C. 20005
Tel: (202) 514-2705
Email: simon.g.jerome@usdoj.gov

*Counsel for Defendants*