AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION <br><br> *Plaintiff(s)* <br> v. <br> DENISE CARTER, in her official capacity as Acting Secretary of Education <br> U.S. DEPARTMENT OF EDUCATION <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  25-354-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENISE CARTER

        400 Maryland Avenue SW
        Washington, DC 20202

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Adam R. Pulver; Nandan M. Joshi
                            Public Citizen Litigation Group
                            1600 20th St NW
                            Washington, DC 20009

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   2/7/2025                                    /s/ Ma. Ursula Masagca

                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-354

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Denise Carter

was received by me on *(date)*    2/7/25    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed the summons via Priority Mail on February 10, 2025. The
service package was delivered on February 11, 2025. Confirmation
of delivery is attached

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:  2/18/25 _____

_____
*Server's signature*

Serena Bernal, Paralegal
_____
*Printed name and title*

National Student Legal Defense Network
1701 Rhode Island Ave NW, Washington, DC 20036
_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN...

# USPS Tracking®

FAQs  ›

Tracking Number:                                                                              Remove ✕

## 9589071052701513775987

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:04 pm on February 11, 2025 in WASHINGTON, DC 20202.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
February 11, 2025, 12:04 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

Text & Email Updates                                                     ⌄

---

USPS Tracking Plus®                                                       ⌄

---

Product Information                                                       ⌄

---

**See Less  ⌃**

Track Another Package

Feedback