AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION <br><br> *Plaintiff(s)* <br> v. <br> DENISE CARTER, in her official capacity as Acting Secretary of Education <br><br> U.S. DEPARTMENT OF EDUCATION <br> *Defendant(s)* | Civil Action No. 25-354-RDM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF EDUCATION

400 Maryland Avenue, SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adam R. Pulver; Nandan M. Joshi
Public Citizen Litigation Group
1600 20th St NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/7/2025    /s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-354

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Department of Education**
was received by me on *(date)* **2/7/25** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed the summons via Priority Mail on February 10, 2025. The service package was delivered on February 14, 2025. Confirmation of delivery is attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **2/18/25**

*Server's signature*

**Serena Bernal, Paralegal**
*Printed name and title*

**National Student Legal Defense Network**
**1701 Rhode Island Ave NW, Washington, DC 20036**
*Server's address*

Additional information regarding attempted service, etc:

**ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…**

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701513778490

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:17 pm on February 14, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
February 14, 2025, 12:17 pm

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package