UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| University of California Student Association,<br><br>Plaintiff,<br><br>v.<br><br>Denise Carter, in her official capacity as Acting Secretary of Education, et al.,<br><br>Defendants. | Civil Action No. 25-354 (RDM) |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Plaintiff University of California Student Association (UCSA) moves for an order permitting Plaintiff to serve the discovery requests attached to this motion on Defendants. Counsel for Defendants has advised the undersigned that Defendants oppose this motion.

Dated: March 4, 2025

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi (DC Bar # 456750)
Adam R. Pulver (DC Bar #1020475)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Daniel A. Zibel (DC Bar #491377)
Alexander S. Elson (DC Bar #1602459)
Tyler S. Ritchie (DC Bar #90018119)
National Student Legal Defense Network
1701 Rhode Island Avenue NW
Washington, DC 20036
(202) 734-7495