UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>LINDA M. MCMAHON,[1] in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00354-RDM |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

In their opposition to Plaintiff's motion for expedited discovery, Defendants argued that the public filing of an administrative record by the Department of Education in *American Federation of Teachers v. Bessent*, No. 8:25-cv-430 (D. Md.) ("*AFT*"), undercut Plaintiff's claim of need for discovery. ECF No. 25 at 15. The Court has ordered Defendants to file that administrative record in this case. Mar. 11, 2025 Minute Order. Accordingly, Defendants respectfully give notice of the filing of the redacted Administrative Record from the Department of Education in *AFT*, which is enclosed. The enclosed version is the same version the *AFT* defendants filed on March 10, which corrects certain technical errors in the original March 7 version. *See* Notice, *Am. Fed'n of Teachers v. Bessent*, No. 8:25-cv-430 (D. Md. Mar. 7, 2025) (ECF No. 51); Notice of Errata, *Am. Fed'n of Teachers v. Bessent*, No. 8:25-cv-430 (D. Md. Mar. 10, 2025) (ECF No. 58).

---

[1] Linda M. McMahon has been substituted for Denise Carter as U.S. Secretary of Education pursuant to Federal Rule of Civil Procedure 25(d).

Dated:  March 12, 2025                              Respectfully submitted,

                                              YAAKOV M. ROTH
                                              Acting Assistant Attorney General

                                              ELIZABETH J. SHAPIRO
                                              Deputy Branch Director
                                              Federal Programs Branch

                                              */s/ Simon Gregory Jerome*
                                              SIMON G. JEROME
                                              D.C. Bar. No. 1779245
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
                                              Washington, D.C. 20005
                                              Tel: (202) 514-2705
                                              Email: simon.g.jerome@usdoj.gov

                                              *Counsel for Defendants*