**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| University of California Student Association, | |
| Plaintiff, | |
| v. | Civil Action No. 25-354 (RDM) |
| Denise Carter, in her official capacity as Acting Secretary of Education, et al., | |
| Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to this Court's Standing Order, ECF 8, Plaintiff advises the Court of the decision in *New Mexico v. Musk*, No. 25-cv-429 (TSC) (D.D.C. Mar. 12, 2025), attached as Exhibit A, which addresses issues relevant to Plaintiff's pending motion for expedited discovery (ECF 24).

In *New Mexico*, the court granted plaintiffs' motion for expedited discovery in support of a preliminary injunction motion that had not yet been filed, applying the same "reasonableness" factors the parties have addressed in this case. The court found, contrary to Defendants' argument in this case, ECF 25 at 19, that the first reasonableness factor was satisfied despite "the technical absence of a pending preliminary injunction," given that the requested discovery was sought to "bolster" a motion the plaintiffs intended to file. Ex. A at 5. The court also found the third reasonableness factor satisfied because "preliminary injunction proceedings are exactly the kind of circumstance warranting expedited discovery," particularly when, as in this case, "the requested information is unavailable from other sources and within Defendants' exclusive control." *Id.* at 6.

Finally, the *New Mexico* court rejected the defendants' argument "that the court should not permit discovery before resolving their motion to dismiss." *Id.* at 12. Whereas in *New Mexico*, the

defendants asked the court to delay discovery based on a pending motion to dismiss, here, Defendants request such a delay even though no such motion has been filed. ECF 25 at 12. If a pending motion to dismiss does not preclude expedited discovery to aid a contemplated preliminary injunction motion, the specter of a future motion to dismiss should not either.

Dated: March 12, 2025

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar #1020475)
Nandan M. Joshi (DC Bar # 456750)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000


Daniel A. Zibel (DC Bar No. 491377)
Alexander S. Elson (DC Bar No. 1602459)
Tyler S. Ritchie
  (DC Bar No. 90018119)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495