UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>LINDA M. MCMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00354-RDM |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff has filed a notice of supplemental authority, enclosing Judge Chutkan's recent order granting expedited discovery in *New Mexico v. Musk*, Civil Action No. 25-429 (TSC). ECF No. 29. Defendants respectfully file this "similarly limited" response, *cf.* Fed. R. App. P. 28(j), consistent with the Court's Standing Order. *See* RDM Standing Order § 8(d), ECF No. 8.

*New Mexico* does not strengthen Plaintiff's pending motion for expedited discovery, ECF No. 24. Most obviously, the *New Mexico* plaintiffs did not bring their claims under the Administrative Procedure Act, whose strictures on judicial review (generally limited to final agency action) and discovery thus do not apply in that case, as they do here. *See generally* Compl., *New Mexico v. Musk*, Civil Action No. 25-429 (TSC) (Feb. 13, 2025). As a result, the *New Mexico* order neither helps Plaintiff to justify an exception to the general prohibition on discovery in APA cases, *see* Defs.' Opp'n to Pl.'s Mot. for Expedited Disc. at 7-12, nor to obtain discovery well before the threshold question of final agency action is resolved, *id.* at 5-7.

Nor does the court's balance of the reasonableness factors in *New Mexico* apply here. In particular, Judge Chutkan found that the defendants did "not argue that the technical absence of a

1

pending preliminary injunction weighs against discovery." Order at 5. Well-founded or not, that conclusion is inapplicable in this case, where Defendants have not conceded as much. *See* Defs.' Opp'n at 15-17, 23. And to the extent the *New Mexico* court appeared to contemplate expedited discovery generally being available to support motions for preliminary injunction, Order at 6, Defendants respectfully contend that such an exception would swallow the baseline rule against expedited discovery.

Dated: March 13, 2025                                    Respectfully submitted,

                                                             YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Simon Gregory Jerome*
SIMON G. JEROME
D.C. Bar. No. 1779245
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2705
Email: simon.g.jerome@usdoj.gov

*Counsel for Defendants*