UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA STUDENT ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Acting Secretary of Education, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00354-RDM |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby respectfully notify the Court of the filing of the administrative record of the U.S. Department of Education regarding the granting of access to systems potentially containing information protected by the Privacy Act, 5 U.S.C. § 552a, and Internal Revenue Code, 26 U.S.C. § 6103, to agency employees implementing Executive Order 14,158.[1] A certification of the completeness of the administrative record accompanies this filing.

---

[1] Notwithstanding the Court's order to file an administrative record in this case, *see* ECF No. 31, Defendants maintain that the complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

Dated:  April 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Simon G. Jerome*
SIMON G. JEROME
D.C. Bar. No. 1779245
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Twelfth Floor
Washington, D.C. 20005
Tel: (202) 514-2705
Email: simon.g.jerome@usdoj.gov

*Counsel for Defendants*